IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

    v.          No. 2:03CR20041-001

ROBERT LEE VARNEDORE                              DEFENDANT

**O R D E R**

At the initial appearance conducted on a petition to revoke supervision, the defendant agreed to waive the issues of probable cause and detention pending the final hearing of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of the defendant.

SO ORDERED this 5th day of June, 2013.

                                      /s/ Erin L. Setser
                                      HONORABLE ERIN L. SETSER
                                      UNITED STATES MAGISTRATE JUDGE